**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Terry DuBois** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2371 <br> EIN   __-_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __-_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19-24263-SLM | |

# Order of Discharge                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Terry DuBois

<u>11/5/24</u>                                **By the court:** <u>Stacey L. Meisel</u>
                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Terry DuBois  
    Debtor

Case No. 19-24263-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Nov 05, 2024      Form ID: 3180W      Total Noticed: 60

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry DuBois, 248 South 20th Street, Newark, NJ 07103-1325 |
| cr | + | Jersey Central Federal Credit Union, c/o Peter J. Liska, LLC, 766 Shrewsbury Ave., Tinton Falls, NJ 07724-3001 |
| cr | | State of New Jersey, Dept of Human Services, PO Box 716, Trenton, NJ 08625-0716 |
| 518366709 | + | City of Newark, Department of Water/Sewer, 920 Broad Street, Room B-31F, Newark, NJ 07102-2663 |
| 518411404 | + | Debbie B. Dubois, c/o Essex County Child Support, P.O. Bo 372, Newark, NJ 07101-0372 |
| 518411178 | + | Essex County Child Support, PO Box 372, Newark, NJ 07101-0372 |
| 518411179 | + | Essex Neurological Associates, c/c David B Watner, Esq., 1129 Bloomfield Avenue #208, Caldwell, NJ 07006-7123 |
| 518410447 | + | Jersey Central Federal Credit Union, PO Box 661, Cranford, NJ 07016-0661 |
| 518411180 | + | Katarznya & Pierre Nicholas, 244 6th Avenue C257, New York, NY 10014 |
| 518411406 | + | Katarzyna & Pierre Nicholas, 244 5th Avenue C257, New York, NY 10001-7604 |
| 518366731 | | Local 819 Federal Credit Union, 180 Brookside Avenue, Irvington, NJ 07111 |
| 518366738 | + | MTA Bridges & Tunnels, P.O. Box 15187, Albany, NY 12212-5187 |
| 518366739 | | New York City Department of Finance, Parking Violations, Church Street Station, P.O. Box 3620, New York, NY 10008-3620 |
| 518462797 | + | New York Thruway Authority, 200 Southern Blvd, Albany, NY 12209-2098 |
| 518411405 | + | Office of Child Support, Department of Human Services, P.O. Box 716, Trenton, NJ 08625-0716 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: notices@bkservicing.com | Nov 05 2024 20:37:00 | Mercedez-Benz Financial Services USA LLC f/k/a DCF, c/o BK Servicing LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518420977 | | Email/Text: notices@bkservicing.com | Nov 05 2024 20:37:00 | Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 519349881 | + | Email/Text: PEGUEROA@CI.NEWARK.NJ.US | Nov 05 2024 20:37:00 | City of Newark, Department of Water and Sewer Utilities, C/O Law Department, 920 Broad Street, Room 316, Newark, NJ 07102-2609 |
| 518366711 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 05 2024 20:36:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 518366710 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 05 2024 20:36:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 518366712 | + | EDI: CCS.COM | Nov 06 2024 01:29:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 518366713 | + | EDI: CCS.COM | | |

| | | | | |
|---|---|---|---|---|
| | | | Nov 06 2024 01:29:00 | Credit Collection Services, Po Box 607, Norwood, MA 02062-0607 |
| 518366714 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Nov 05 2024 20:39:53 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 518366715 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Nov 05 2024 20:39:59 | Credit One Bank, Po Box 98875, Las Vegas, NV 89193-8875 |
| 518366718 | | Email/Text: bankruptcycourts@equifax.com | | |
| | | | Nov 05 2024 20:37:00 | Equifax Credit Info. Services,Inc., P.O. Box 740241, Atlanta, GA 30374 |
| 518366720 | ^ | MEBN | | |
| | | | Nov 05 2024 20:32:44 | EZ Pass, P.O. Box 52005, Newark, NJ 07101-8205 |
| 518366716 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Nov 05 2024 20:38:00 | Eos Cca, Attn: Bankruptcy, 700 Longwater Dr, Norwell, MA 02061-1624 |
| 518366717 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Nov 05 2024 20:38:00 | Eos Cca, Po Box 981008, Boston, MA 02298-1008 |
| 518411403 | + | Email/Text: watnerlaw@gmail.com | | |
| | | | Nov 05 2024 20:37:00 | Essex Neurological Associates, c/o David B. Watner,Esq., 1129 Bloomfield Avenue #208, Caldwell, NJ 07006-7123 |
| 518366719 | ^ | MEBN | | |
| | | | Nov 05 2024 20:32:05 | Experian, P.O. Box 2002, Allen, TX 75013-2002 |
| 518366722 | + | Email/Text: bankruptcy@fco.com | | |
| | | | Nov 05 2024 20:37:00 | Fair Collections & Outsourcing, 12304 Baltimore Ave, Beltsville, MD 20705-1314 |
| 518366721 | + | Email/Text: bankruptcy@fco.com | | |
| | | | Nov 05 2024 20:37:00 | Fair Collections & Outsourcing, Attn: Bankruptcy Dept, 12304 Baltimore Ave Suite #E, Beltsville, MD 20705-1314 |
| 518366725 | + | EDI: AMINFOFP.COM | | |
| | | | Nov 06 2024 01:29:00 | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518366723 | + | EDI: AMINFOFP.COM | | |
| | | | Nov 06 2024 01:29:00 | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 518366727 | | EDI: IRS.COM | | |
| | | | Nov 06 2024 01:29:00 | Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 518366728 | + | Email/Text: rmcdowell@slgcollect.com | | |
| | | | Nov 05 2024 20:37:00 | Jersey Central Fcu, c/o Saldutti Law Group, 1040 Kings Highway N, Ste 100, Cherry Hill, NJ 08034-1925 |
| 518372521 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 05 2024 20:50:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518366733 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 05 2024 20:39:26 | LVNV Funding/Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 518366732 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Nov 05 2024 20:39:03 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 518490963 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Nov 05 2024 20:37:00 | Lakeview Loan Servicing, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518366729 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Nov 05 2024 20:37:00 | Loan Care Servicing, Attn: Consumer Solutions, Po Box 8068, Virginia Beach, VA 23450-8068 |
| 518366730 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | | |
| | | | Nov 05 2024 20:37:00 | Loan Care Servicing, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 518366734 | + | EDI: MERCEDES | | |
| | | | Nov 06 2024 01:29:00 | Mercedes-Benz Financial Services, Attn: Bankruptcy Dept, Po Box 685, Roanoke, TX 76262-0685 |
| 518366735 | + | EDI: MERCEDES | | |
| | | | Nov 06 2024 01:29:00 | Mercedes-Benz Financial Services, P.o. Box 961, Roanoke, TX 76262-0961 |
| 519930760 | + | EDI: AISMIDFIRST | | |
| | | | Nov 06 2024 01:29:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | | Department 73118-6051 |
| 519930759 | + | EDI: AISMIDFIRST | Nov 06 2024 01:29:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 518366737 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2024 20:37:00 | Mr. Cooper, 350 Highland, Houston, TX 77009-6623 |
| 518366736 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 05 2024 20:37:00 | Mr. Cooper, Attn: Bankruptcy, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 518482245 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 05 2024 20:36:00 | NJ Turnpike Authority, Mark Schneider , Esq., 1 Turnpike Plaza, POB 5042, Woodbridge, NJ 07095 |
| 518366740 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Nov 05 2024 20:36:00 | NJ Turnpike Authority, P.O. Box 4971, Trenton, NJ 08650 |
| 519630301 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 05 2024 20:38:00 | NYS Dept.of Taxation & Finance, Bankruptcy Section, PO Box 5300, Albany, NY 12205-0300 |
| 518423720 | | Email/Text: perituspendrick@peritusservices.com | Nov 05 2024 20:36:00 | Pendrick Capital Partners II, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 518433943 | + | EDI: JEFFERSONCAP.COM | Nov 06 2024 01:29:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518366742 | + | Email/Text: bankruptcy@sw-credit.com | Nov 05 2024 20:37:00 | Southwest Credit Systems, 4120 International Pkwy, Carrollton, TX 75007-1958 |
| 518366741 | + | Email/Text: bankruptcy@sw-credit.com | Nov 05 2024 20:37:00 | Southwest Credit Systems, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 518366743 | ^ | MEBN | Nov 05 2024 20:31:51 | TransUnion Consumer Solutions, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518366745 | + | Email/Text: webadmin@vhllc.co | Nov 05 2024 20:38:00 | Vance & Huffman Llc, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |
| 518366744 | + | Email/Text: webadmin@vhllc.co | Nov 05 2024 20:38:00 | Vance & Huffman Llc, Attn: Bankruptcy, 55 Monette Pkwy Ste 100, Smithfield, VA 23430-2577 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518411177 | | Debbie B Dubois, Unknown Address |
| cr | *P++ | BK SERVICING LLC, PO BOX 131265, ROSEVILLE MN 55113-0011, address filed with court:, Mercedes-Benz Financial Services USA LLC, c/o BK Servicing, LLC, PO Box 131265, Roseville, MN 55113-0011 |
| 518366726 | *+ | First PREMIER Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 518366724 | *+ | First PREMIER Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Nov 05, 2024 | Form ID: 3180W | Total Noticed: 60 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2024          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor Lakeview Loan Servicing LLC, by LoanCare, LLC as Agent under Limited POA nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor LakeView Loan Servicing LLC nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| David G. Beslow | on behalf of Debtor Terry DuBois yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;beslow.davidr64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;r64764@notify.bestcase.com;GoldmanBeslowLLC@jubileebk.net |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| John R. Morton, Jr. | on behalf of Creditor Mercedes-Benz Financial Services USA LLC ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor LoanCare LLC as servicer for Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor Lakeview Loan Servicing LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Marisa Myers Cohen | on behalf of Creditor LakeView Loan Servicing LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com |
| Mark Goldman | on behalf of Debtor Terry DuBois yrodriguez@goldmanlaw.org yrodriguez.knight29@gmail.com;ecf-control@goldman-beslow.com;r64764@notify.bestcase.com;cfinnerty@goldmanlaw.org;GoldmanBeslowLLC@jubileebk.net |
| Melissa S DiCerbo | on behalf of Creditor LoanCare LLC as servicer for Lakeview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Rebecca K. McDowell | on behalf of Creditor Jersey Central Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 13